FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMERY KRAHN, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP, LLP, a California limited liability partnership,<br><br>Defendant. | No.   2:18-CV-00063-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 22, 2018, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 8. Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

1.   Plaintiff's Notice of Voluntary Dismissal, **ECF No. 8**, is **ACKNOWLEDGED**.

2.   All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT**.

4.   All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

1    **5.**    The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and

3    provide copies to all counsel.

4    **DATED** this 23rd day of August 2018.

5    _____
     SALVADOR MENDOZA, JR.

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE **-** 2